UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 15-12423
Lesley Watts  )
 )  Chapter: 7
 )
 )  Honorable Carol Doyle
 )
 )
Debtor(s)  )

**Order Continuing Court's Motion to Dismiss for Failure to Pay Filing Fees and Fixing August 7, 2015 as the Date by Which the Filing Fee Must Be Paid**

   IT IS ORDERED that the court's own motion to dismiss for failure to pay filing fee is continued to August 12, 2015 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois.

   IT IS FURTHER ORDERED that the time for the debtor to pay the remainder of the filing fee in the amount of $285.00 is extended to August 7, 2015.  FAILURE TO PAY THE FINAL INSTALLMENT WILL RESULT IN THE CASE BEING DISMISSED ON AUGUST 12, 2015.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 15, 2015